# Exhibit 2

| US7616600 | Zyxel LTE2566-M634 ("The accused product") |
|---|---|
| 17. A method of selecting at least one sector within an antenna array of a network node in a mesh network, the method comprising: | The accused product discloses a method of selecting at least one sector (e.g., individual antenna segment) within an antenna array (e.g., antenna array from either 4G/LTE or 802.11ac/Wi-Fi 5 communications) of a network node (e.g., the accused product) in a mesh network (e.g., the network of the accused product).<br><br>As shown below, the accused product supports both 4G/LTE and 802.11ac/Wi-Fi 5 communications. The accused product performs antenna array selection. After processing data pertaining to either 4G/LTE or 802.11ac/Wi-Fi 5, the main processor of the accused product selects the appropriate protocol and its corresponding antenna to transmit the data.<br><br><br>https://download.zyxel.com/LTE2566-M634/datasheet/LTE2566-M634_3.pdf |

### System Specifications

**WiFi AP Features**
- 802.11 ac/n/a/g/b, 2.4 GHz & 5 GHz dual-band
- Auto Channel Select (ACS)
- WiFi Enabled Device #: up to 32
- Hidden SSID
- Security modes: Open, WPA2-PSK, WPA-PSK/WPA2-PSK
- AP power saving mode
- Access control: STA blacklist/white list
- MAC filtering
- Dual-SSID support
- WPS: Pin and PBC, WPS2.0

### Hardware Specifications

**LTE Air Interface**
- Standard compliant: 3GPP release 10, category 6
- Supported frequency: LTE B1/B3/B7/ B8/B20/B28a/B38/B40/B41
- Carrier aggregation support:
  - B1+B1/B3/B/B8/B20/B28a/38/40/41
  - B3+B3/B7/B8/B20/28a/B38/B40/B41
  - B7+B7/B8/B20/B28a
  - B20+B38/40
  - B38+B38, B40+B40, B41+B41
- FDD LTE peak data rate: 300 Mbps DL within 40 MHz bandwidth (CA) 50 Mbps UL within 20 MHz bandwidth
- TDD LTE peak data rate: 224 Mbps

### Physical Specifications
- Item dimensions (WxDxH): 118.2 x 65 x 15.7 mm (4.65" x 2.56" x 0.618")
- Item weight: 130 g (0.29 lb.)
- Packing dimensions (WxDxH): 150 x 80 x 50 mm (5.90" x 3.15" x 1.97")
- Packing weight: 270g (0.59lb.)

### Environmental Specifications

**Operating Environment**
- Temperature: 0°C to 40°C (32°F to 104°F)
- Humidity: 5% to 90% (Non-condensing)

https://download.zyxel.com/LTE2566-M634/datasheet/LTE2566-M634_3.pdf

4G based antenna array:



**Figure 5.4.1.5: UL-SCH physical-layer model**

https://www.3gpp.org/ftp/Specs/archive/36_series/36.300/36300-800.zip

### 5.4.1.1      Downlink-Shared Channel

The DL-SCH physical-layer model is described based on the corresponding DL-SCH physical-layer-processing chain, see Figure 5.4.1.1. Processing steps that are relevant for the physical-layer model, e.g. in the sense that they are configurable by higher layers, are highlighted in blue on the figure.

- **Higher-layer data passed to/from the physical layer**

    - N (at least up to two) transport blocks of dynamic size delivered to the physical layer once every TTI.

- **CRC and transport-block-error indication**

    - Transport-block-error indication delivered to higher layers.

- **FEC and rate matching**

    - Channel coding rate is implicitly given by the combination of transport block size, modulation scheme and resource assignment;

    - Physical layer model support of HARQ: in case of Incremental Redundancy, the corresponding Layer 2 Hybrid-ARQ process controls what redundancy version is to be used for the physical layer transmission for each TTI.

- **Physical-layer processing Step 6: Multi-antenna processing**

    - MAC Scheduler partly configures mapping from assigned resource blocks (for each stream) to the available number of antenna ports.

- **Support for Hybrid-ARQ-related signalling**

    The model of Figure 5.4.1.1 also captures:

    - Transport via physical layer of Hybrid-ARQ related information associated with the DL-SCH, to the peer HARQ process at the receiver side;

https://www.3gpp.org/ftp/Specs/archive/36_series/36.300/36300-800.zip

802.11ac based antenna array:



**Figure 22-21—Generation of VHT-LTF symbols per frequency segment**

https://standards.ieee.org/ieee/802.11ac/4473/



**Figure 22-5—Transmitter block diagram for the L-SIG and VHT-SIG-A fields**

https://standards.ieee.org/ieee/802.11ac/4473/

As shown below, each antenna array has a plurality of antenna sectors (e.g., antenna segments).



Figure 5.4.1.5: UL-SCH physical-layer model

https://www.3gpp.org/ftp/Specs/archive/36_series/36.300/36300-800.zip



**Figure 22-21—Generation of VHT-LTF symbols per frequency segment**

https://standards.ieee.org/ieee/802.11ac/4473/

| selecting an antenna array from a plurality of antenna arrays; | The accused product discloses selecting an antenna array (e.g., antenna array from either 4G/LTE or 802.11ac/Wi-Fi 5 communications) from a plurality of antenna arrays (e.g., antenna arrays for 4G/LTE and 802.11ac/Wi-Fi 5 communications).<br><br>As shown below, the accused product supports both 4G/LTE and 802.11ac/Wi-Fi 5 communications. The accused product performs antenna array selection. After processing data pertaining to either 4G/LTE or 802.11ac/Wi-Fi 5, the main processor of the accused product selects the appropriate protocol and its corresponding antenna to transmit the data.<br><br>4G based antenna array: |



**Figure 5.4.1.5: UL-SCH physical-layer model**

https://www.3gpp.org/ftp/Specs/archive/36_series/36.300/36300-800.zip

### 5.4.1.1    Downlink-Shared Channel

The DL-SCH physical-layer model is described based on the corresponding DL-SCH physical-layer-processing chain, see Figure 5.4.1.1. Processing steps that are relevant for the physical-layer model, e.g. in the sense that they are configurable by higher layers, are highlighted in blue on the figure.

- **Higher-layer data passed to/from the physical layer**

  - N (at least up to two) transport blocks of dynamic size delivered to the physical layer once every TTI.

- **CRC and transport-block-error indication**

  - Transport-block-error indication delivered to higher layers.

- **FEC and rate matching**

  - Channel coding rate is implicitly given by the combination of transport block size, modulation scheme and resource assignment;

  - Physical layer model support of HARQ: in case of Incremental Redundancy, the corresponding Layer 2 Hybrid-ARQ process controls what redundancy version is to be used for the physical layer transmission for each TTI.

- **Physical-layer processing Step 6: Multi-antenna processing**

  - MAC Scheduler partly configures mapping from assigned resource blocks (for each stream) to the available number of antenna ports.

- **Support for Hybrid-ARQ-related signalling**

  The model of Figure 5.4.1.1 also captures:

  - Transport via physical layer of Hybrid-ARQ related information associated with the DL-SCH, to the peer HARQ process at the receiver side;

https://www.3gpp.org/ftp/Specs/archive/36_series/36.300/36300-800.zip

802.11ac based antenna array:



**Figure 22-21—Generation of VHT-LTF symbols per frequency segment**

https://standards.ieee.org/ieee/802.11ac/4473/



**Figure 22-5—Transmitter block diagram for the L-SIG and VHT-SIG-A fields**

https://standards.ieee.org/ieee/802.11ac/4473/

| selecting, from a plurality of sectors within the selected antenna array, at least one sector corresponding to a location of a given network node of the mesh network, wherein the location is known by the network node; | The accused product discloses selecting, from a plurality of sectors (e.g., antenna segments) within the selected antenna array (e.g., antenna array from either 4G/LTE or 802.11ac/Wi-Fi 5 communications), at least one sector (e.g., individual antenna segment) corresponding to a location of a given network node (e.g., the accused product) of the mesh network (e.g., the network of the accused product), wherein the location is known by the network node (e.g., the accused product).<br><br>4G based antenna array: |



**Figure 5.4.1.5: UL-SCH physical-layer model**

https://www.3gpp.org/ftp/Specs/archive/36_series/36.300/36300-800.zip

### 5.4.1.1    Downlink-Shared Channel

The DL-SCH physical-layer model is described based on the corresponding DL-SCH physical-layer-processing chain, see Figure 5.4.1.1. Processing steps that are relevant for the physical-layer model, e.g. in the sense that they are configurable by higher layers, are highlighted in blue on the figure.

- **Higher-layer data passed to/from the physical layer**

    - N (at least up to two) transport blocks of dynamic size delivered to the physical layer once every TTI.

- **CRC and transport-block-error indication**

    - Transport-block-error indication delivered to higher layers.

- **FEC and rate matching**

    - Channel coding rate is implicitly given by the combination of transport block size, modulation scheme and resource assignment;

    - Physical layer model support of HARQ: in case of Incremental Redundancy, the corresponding Layer 2 Hybrid-ARQ process controls what redundancy version is to be used for the physical layer transmission for each TTI.

- **Physical-layer processing Step 6: <u>Multi-antenna processing</u>**

    - MAC Scheduler partly configures mapping from assigned resource blocks (for each stream) to the available number of antenna ports.

- **Support for Hybrid-ARQ-related signalling**

    The model of Figure 5.4.1.1 also captures:

    - Transport via physical layer of Hybrid-ARQ related information associated with the DL-SCH, to the peer HARQ process at the receiver side;

https://www.3gpp.org/ftp/Specs/archive/36_series/36.300/36300-800.zip

802.11ac based antenna array:



**Figure 22-21—Generation of VHT-LTF symbols per frequency segment**

https://standards.ieee.org/ieee/802.11ac/4473/



**Figure 22-5—Transmitter block diagram for the L-SIG and VHT-SIG-A fields**

https://standards.ieee.org/ieee/802.11ac/4473/

As shown below, each antenna array has a plurality of antenna sectors (e.g., antenna segments).



Figure 5.4.1.5: UL-SCH physical-layer model

https://www.3gpp.org/ftp/Specs/archive/36_series/36.300/36300-800.zip



**Figure 22-21—Generation of VHT-LTF symbols per frequency segment**

https://standards.ieee.org/ieee/802.11ac/4473/

The selection of the at least one antenna segment is carried out as shown below which is a function of the location of another node of the network in view of 802.11ac mandating beamforming which enables focused transmission towards a specific location. A device which sends transmission utilizes angle information from another node and then using steering matrix focus its transmission towards the another node.



The Antenna Selection Indices field is shown in Figure 9-116.

Antenna Selection Indices

Octets:                    1

**Figure 9-116—Antenna Selection Indices field format**

Bits 0 to 7 in the Antenna Selection Indices field correspond to antennas with indices 0 to 7, respectively. A 1 in a bit indicates the corresponding antenna is selected, and a 0 indicates the corresponding antenna is not selected.

https://standards.ieee.org/ieee/802.11/7028/

## What Is Beamforming?

Beamforming is a technique used to improve the signal-to-noise ratio of received signals, eliminate undesirable interference sources, and focus transmitted signals to specific locations. Beamforming is central to systems with sensor arrays, including MIMO wireless communications systems such as 5G, LTE, and WLAN. MIMO beamforming in wireless applications can also be used to increase data stream capacity between a base station and user elements. Optimization-based beamforming techniques are becoming more popular in modern wireless communication systems. These techniques include hybrid beamforming, where optimization is used to efficiently partition system architectures between baseband and RF systems to reduce the cost.

https://www.mathworks.com/discovery/beamforming.html

IEEE
Std 802.11ac-2013                    LOCAL AND METROPOLITAN AREA NETWORKS—AMENDMENT 4: ENHANCEMENTS

$$y_{k,u} = H_{k,u} \times [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user}-1}] \times x_k + n \qquad (22\text{-}101)$$

where

$H_{k,u}$     is the channel matrix from the beamformer to beamformee $u$ in subcarrier $k$ with dimensions $N_{RX_u} \times N_{TX}$

$N_{RX_u}$     is the number of receive antennas at beamformee $u$

$Q_{k,u}$     is a steering matrix for beamformee $u$ in subcarrier $k$ with dimensions $N_{TX} \times N_{STS_u}$

$N_{user}$     is the number of VHT MU PPDU recipients (see Table 22-6)

$n$     is a vector of additive noise and may include interference

The DL-MU-MIMO steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user}-1}]$ can be determined by the beamformer using the beamforming feedback matrices for subcarrier $k$ from beamformee $u$, $V_{k,u}$, and SNR information for subcarrier $k$ from beamformee $u$, $SNR_{k,u}$, where $u = 0, 1, \ldots, N_{user}-1$. The steering matrix that is computed (or updated) using new beamforming feedback matrices and new SNR information from some or all of participating beamformees might replace the existing steering matrix $Q_k$ for the next DL-MU-MIMO data transmission. The beamformee group for the MU transmission is signaled using the Group ID field in VHT-SIG-A (see 22.3.8.3.3 and 22.3.11.4).

https://standards.ieee.org/ieee/802.11ac/4473/

### 22.3.11 SU-MIMO and DL-MU-MIMO Beamforming

### 22.3.11.1 General

SU-MIMO and DL-MU-MIMO beamforming are techniques used by a STA with multiple antennas (the beamformer) to steer signals using knowledge of the channel to improve throughput. With SU-MIMO beamforming all space-time streams in the transmitted signal are intended for reception at a single STA. With DL-MU-MIMO beamforming, disjoint subsets of the space-time streams are intended for reception at different STAs.

For SU-MIMO beamforming, the steering matrix $Q_k$ can be determined from the beamforming feedback matrix $V_k$ that is sent back to the beamformer by the beamformee using the compressed beamforming feedback matrix format as defined in 20.3.12.3.6. The feedback report format is described in 8.4.1.48.

https://standards.ieee.org/ieee/802.11ac/4473/

**22.3.11.2 Beamforming Feedback Matrix *V***

Upon receipt of a VHT NDP sounding PPDU, the beamformee shall remove the space-time stream CSD in Table 22-11 from the measured channel before computing a set of matrices for feedback to the beamformer. The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ shall be compressed in the form of angles using the method described in 20.3.12.3.6. The angles, $\phi(k,v)$ and $\psi(k,u)$, are quantized according to Table 8-53e. The number of bits for quantization is chosen by the beamformee, based on the indication from the beamformer as to whether the feedback is requested for SU-MIMO beamforming or DL-MU-MIMO beamforming. The compressed beamforming feedback using 20.3.12.3.6 is the only Clause 22 beamforming feedback format defined.

The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the NDP.

After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (20-79). For SU-MIMO beamforming, the beamformer can use this $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL-MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user}-1}]$ using $V_{k,u}$ and $SNR_{k,u}$ ($0 \le u \le N_{user} - 1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

The beamformee decides the tone grouping value to be used in the beamforming feedback matrix *V*. A STA with dot11VHTSUBeamformerOptionImplemented equal to true shall support all tone grouping values and Codebook Information values.

https://standards.ieee.org/ieee/802.11ac/4473/

| connecting the selected at least one sector to a transceiver; and | The accused product discloses connecting the selected at least one sector (e.g., individual antenna segment) to a transceiver (e.g., transceiver of the accused product). |
| --- | --- |
| | The accused product supports both 4G/LTE and 802.11ac/Wi-Fi 5 communications. It connects the 4G/LTE or 802.11ac/Wi-Fi 5 transceivers to their corresponding antenna for transmitting and receiving data from the selected protocol. |



Figure 5.4.1.5: UL-SCH physical-layer model

https://www.3gpp.org/ftp/Specs/archive/36_series/36.300/36300-800.zip



**Figure 22-21—Generation of VHT-LTF symbols per frequency segment**

https://standards.ieee.org/ieee/802.11ac/4473/



**Figure 22-5—Transmitter block diagram for the L-SIG and VHT-SIG-A fields**

https://standards.ieee.org/ieee/802.11ac/4473/

| | |
|---|---|
| communicating to another transceiver within the mesh network via the selected at least one sector. | The accused product discloses communicating to another transceiver within the mesh network (e.g., the network of the accused product) via the selected at least one sector (e.g., individual antenna segment).<br><br>The accused product communicates with a transceiver of another device in its network using either 4G/LTE or 802.11ac/Wi-Fi 5. Communication involves transmitting and receiving data over the selected antenna (sector) for the appropriate protocol. |



**Figure 5.4.1.5: UL-SCH physical-layer model**

https://www.3gpp.org/ftp/Specs/archive/36_series/36.300/36300-800.zip



**Figure 22-21—Generation of VHT-LTF symbols per frequency segment**

https://standards.ieee.org/ieee/802.11ac/4473/



**Figure 22-5—Transmitter block diagram for the L-SIG and VHT-SIG-A fields**

https://standards.ieee.org/ieee/802.11ac/4473/